# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amado Reynolds<br>      Dawn S. Reynolds<br>            <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 15-17147 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY as Servicer for U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO SAID TRUST INDENTURE), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7250

Respectfully submitted,

**/s/, Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406