**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    : Chapter 13

**Reynolds, Amado**
**Reynolds, Dawn**
       **Debtors**

                          :          15-17147 mdc

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S AMENDED CHAPTER 13 PLAN**

     I certify that on  September 20, 2016 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served a copy of the Debtors' Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: September 20, 2016

                                        "/s/"Mitchell J. Prince
                                       John L. McClain, Esquire
                                       Mitchell J. Prince, Esquire
                                       Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072