IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER NO. 13 |
| | : | |
| AMADO REYNOLDS, | : | |
| | : | CASE NO. 15-17147-MDC |
| DEBTOR | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF REVENUE, | : | |
| | : | |
| MOVANT | : | PLAN OBJECTION |
| | : | |
| V. | : | |
| | : | |
| AMADO REYNOLDS, | : | CONFIRMATION HEARING DATE: |
| | : | APRIL 28, 2016 @ 9:30 A.M. |
| | : | |
| RESPONDENT | : | RELATED TO DOCKET NO. 35 |

### WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The Commonwealth of Pennsylvania, Department of Revenue withdraws its Objection to Debtor's Chapter 13 Plan, as the matter objected to has been resolved.

Respectfully Submitted,

DATED: September 21, 2016

By: /s/ Albert James Millar
Counsel
Office of Chief Counsel
PA Department of Revenue
PO Box 281061
Harrisburg, PA 17128-1061
Attorney I.D. 62053
(717) 346-4649
Facsimile (717) 772-1459
jmillar@pa.gov