**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    : Chapter 13

**Reynolds, Amado
Reynolds, Dawn
         Debtors**

                                                         :         15-17147 mdc

**CERTIFICATE OF SERVICE OF
DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

    I certify that on  October 11, 2016 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served a copy of the Debtors' Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: October 11, 2016

                                    "/s/"Mitchell J. Prince
                                    John L. McClain, Esquire
                                    Mitchell J. Prince, Esquire
                                    Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072