In re **Amado Reynolds**  
     **Dawn Reynolds**

Case No. **15-17147 mdc**  
(if known)

*AMENDED 10/31/2016*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 6828 N. 9th Street, Phila. residence | Residence | W | $95,000.00 | $67,813.50 |
| | | **Total:** | **$95,000.00** | |

(Report also on Summary of Schedules)