## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Amado Reynolds<br>         Dawn Reynolds f/k/a Dawn S. Hughes<br>                              Debtors | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO SAID TRUST INDENTURE), its successors and/or assigns<br>                              Movant<br>                         vs. | NO. 15-17147 MDC |
| Amado Reynolds<br>Dawn Reynolds f/k/a Dawn S. Hughes<br>                              Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO SAID TRUST INDENTURE), which was filed with the Court on or about September 19, 2016 and appearing as Document No. 40 on the Docket.

                                Respectfully submitted,

                                **/s/ Thomas Puleo, Esquire**
                                Thomas Puleo, Esquire
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA  19106
                                215-627-1322

March 15, 2017