# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-17147-MDC

AMADO REYNOLDS
DAWN REYNOLDS
6828 N. 9TH STREET

PHILADELPHIA, PA 19126

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    AMADO REYNOLDS
    DAWN REYNOLDS
    6828 N. 9TH STREET

    PHILADELPHIA, PA 19126

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 4/9/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee