United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Amado Reynolds
Dawn Reynolds
    Debtors

Case No. 15-17147-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 2      Date Rcvd: May 09, 2019
                     Form ID: pdf900     Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.

```
db/jdb         +Amado Reynolds,    Dawn Reynolds,    6828 N. 9th Street,    Philadelphia, PA 19126-2903
13608894        Abington Emergency Physician,    56 W Main Street,    Ste 305,    Christiana, DE 19702-1503
13608895       +Abington Health Physicians,    1200 Old York Rd.,    Abington, PA 19001-3720
13608896       +Acs Inc,   Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13608897       +Albert James Millar, Counsel,    PA Department of Revenue,    Dept. 281061,
                 Harrisburg, PA 17128-0001
13615614       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13608899        Berger Henry Ent Specialty Group,    60 W. Germantown Pike,    Est Norritown, PA 19401-1565
13608904       +Drexel Medicine,    PO Box 95000-1030,    Philadelphia, PA 19195-0001
13608906       +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
13608907       +Heart Group of Abington LTd,    PO Box 10848,    Lancaster, PA 17605-0848
13608908       +Hypertension Nephrology Associates,    735 Fitzwatertown Rd,    Willow Grove, PA 19090-1338
13608910       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13608911       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13775595       +PENNSYLVANIA HOUSING FINANCE AGENCY,    As Servicer For U.S. BANK NATIONAL ASSOC,
                 c/o JOSHUA ISAAC GOLDMAN,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13608918       +PGW,   PO Box 11700,    Newark, NJ 07101-4700
13608917       +Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
13608921       +Surgical Care Specialists, Inc.,    1245 Highland Ave, Ste 600,    Abington, PA 19001-3727
13608923        Thinkcashfbd,    Brandywine Commons,    Wilmington, DE 19803
13775784       +U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR TRUSTEE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2019 02:40:35      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:47      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 02:42:41
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13608925        E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:47      WATER REVENUE BUREAU,
                 City of Philadelphia Law Dept,    1515 Arch Street, 15th flr,    Philadelphia, PA 19102
13694440       +E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:47
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13608902       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 10 2019 02:41:07
                 CREDIT COLLECTION SERVICES,    TWO WELLS AVENUE,    NEWTON, MA 02459-3246
13608900       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 10 2019 02:43:23      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
13620191        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 10 2019 02:42:40
                 Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
13608901       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:40:00      Comenity Bank/King Sizes,
                 Attention: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
13608905       +E-mail/Text: collections@drexel.edu May 10 2019 02:40:01      Drexel University,
                 3141 Chestnut Street,    Philadelphia, PA 19104-2875
13608909       +E-mail/Text: cio.bncmail@irs.gov May 10 2019 02:39:55      IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
13608912       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 10 2019 02:40:00
                 Lane Bryant Catalog/Comenity Bank,    Attn: Bankruptcy,    PO Box 182686,
                 Columbus, OH 43218-2686
13608913       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:12      PA Department of Revenue,
                 Dept 280948,    Harrisburg, PA 17128-0001
13608915       +E-mail/Text: blegal@phfa.org May 10 2019 02:40:25      PA HOUSING FINANCE AGENCY-HEMAP,
                 PO Box 8029,    HARRISBURG, PA 17105-8029
13608916       +E-mail/Text: bankruptcygroup@peco-energy.com May 10 2019 02:39:58      PECO,   PO Box 13439,
                 Philadelphia, PA 19101-3439
13635099       +E-mail/Text: bankruptcygroup@peco-energy.com May 10 2019 02:39:58      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13913115        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 02:42:41
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13608914       +E-mail/Text: blegal@phfa.org May 10 2019 02:40:25      Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13643631        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13608919        E-mail/Text: bankruptcypgl@plaingreenloans.com May 10 2019 02:40:58      Plain Green,
                 93 Mack Road Suite,    Box Elder, MT 59521
```

```
District/off: 0313-2          User: John              Page 2 of 2                  Date Rcvd: May 09, 2019
                              Form ID: pdf900         Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13613800        E-mail/Text: bnc-quantum@quantum3group.com May 10 2019 02:40:02
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13644516        E-mail/PDF: cbp@onemainfinancial.com May 10 2019 02:43:20
                SPRINGLEAF FINANCIAL SERVICES, INC,    PO BOX 3251,    EVANSVILLE, IN. 47731-3251
13608920        E-mail/PDF: cbp@onemainfinancial.com May 10 2019 02:44:10     Springleaf Financial S,
                601 Nw 2nd St,    Evansville, IN 47708
13608922       +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:43:22     Synchrony Bank/JC Penny,
                Attention:   Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
13608924       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 10 2019 02:39:49
                Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13608926       +E-mail/Text: bnc-bluestem@quantum3group.com May 10 2019 02:41:02     Webbnk/fstr,
                6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
13608898*      +Amado Reynolds,    6828 N. 9th Street,    Philadelphia, PA 19126-2903
13631681*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
13608903*      +Dawn Reynolds,    6828 N. 9th Street,    Philadelphia, PA 19126-2903
                                                                                     TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
```
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOHN L. MCCLAIN    on behalf of Debtor Amado  Reynolds aaamcclain@aol.com, edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Dawn  Reynolds aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR TRUSTEE
               FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO SAID TRUST INDENTURE)
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR TRUSTEE FOR
               THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO SAID TRUST INDENTURE) lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR TRUSTEE FOR
               THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO SAID TRUST INDENTURE)
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AMADO REYNOLDS<br>DAWN REYNOLDS | Chapter 13 |
| Debtor | Bankruptcy No. 15-17147-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___9th___ day of _____May_____, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
AMADO REYNOLDS
DAWN REYNOLDS
6828 N. 9TH STREET

PHILADELPHIA, PA 19126