### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Reynolds, Amado
    Reynolds, Dawn
        Debtor(s) : 15-17147 mdc

:

### ORDER TERMINATING WAGE ORDER

**AND NOW,** this 25th day of March 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Reynolds, Amado
Reynolds, Dawn
6828 N. 9th Street
Philadelphia, PA 19126

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


Davids Bridal Inc.
1001 Washington Street
Conshohocken, PA 19428